UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                Petitioner,

    v.

ROBERT FERGUSON, et al.,

                Respondents.

Case No. C26-0221-JHC-SKV

ORDER OF DISMISSAL

Having reviewed de novo the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. # 5, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, to which no objection was filed.

(2)    The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot, including the motion at Dkt. # 6. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997).

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

ORDER OF DISMISSAL - 1

Dated this 19th day of February, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 2